IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

ROBERT WARD

    Plaintiff,

vs.

BETHEL FAMILY CLINIC,
A Non Profit Corporation,

    Defendants.

FILED IN THE TRIAL COURTS
STATE OF ALASKA
BETHEL SERVICE AREA

MAY 3 2010

By _____
    DEPUTY CLERK

Case No. 4BE-10-168 CI

## COMPLAINT

Come now Plaintiff, by and through his attorneys, Ingaldson, Maassen & Fitzgerald, P.C., and for his complaint against the defendant, alleges as follows:

### 1. THE PARTIES

1. Plaintiff, Robert Ward was an Alaskan citizen, residing at all pertinent times in Bethel, Alaska.

2. Defendant Bethel Family Clinic is an active corporation licensed to do business in Alaska, and doing business in Bethel, Alaska.

### II. GENERAL ALLEGATIONS

3. On or about February 28, 2006, Robert Ward presented at Bethel Family Clinic with complaints of left elbow pain and swelling. He was diagnosed with bursitis and treated with Ibuprophen and Naprosyn.

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

4. Without conducting any further tests on Mr. Ward's swollen elbow, including aspiration of the fluid in the elbow, the diagnosis was made.

5. From February of 2006 until February of 2009, Robert Ward continued to treat regularly at the Bethel Family Clinic with continued complaints of left elbow pain, joint pain and right elbow pain. His diagnosis remained bursitis. He was not diagnosed with gout during this time.

6. On February 27, 2009 an orthopedist doctor in North Carolina, Dr. Glen Subin saw Robert Ward for pain in his left index finger. At that time, Robert Ward did not have a known history of gout. Doctor Subin found that Robert Ward had possible tophaceous gout in his left index finger. He prescribed medications for the gout, and recommended surgical treatment.

7. In March of 2009, Robert Ward went to Yukon Kuskokwim Medical Center, and underwent an aspiration of the synovial fluid of his left elbow. The synovial fluid demonstrated the presence of tophaceous gout.

8. On May 4, 2009, Robert Ward underwent surgical repair to his left index finger. He then underwent physical therapy to try and regain function in that finger. He has been unable to regain full function in his left and dominant index finger.

9. Mr. Ward continues to suffer pain and disability with his left finger and significant joint pain including in his left elbow as a result of the continued undiagnosed and untreated gout.

## FIRST CAUSE OF ACTION
(Negligence – Failure to Diagnose)

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

10. Plaintiffs reallege and incorporate herein the allegations in paragraphs 1 through 9 above as though fully set forth herein.

11. The practitioners at Bethel Family Clinic owed Robert Ward a duty to diagnose his condition him with the degree of knowledge or skill ordinarily exercised under the circumstances as set forth in AS 09.55.540.

12. The practitioners at Bethel Family Clinic breeched their duty of care to Mr. Ward by failing to diagnose his gout condition.

13. As a result of the staff's breach of duty, Robert Ward has and will continue to suffer damages including past and future loss of wages, loss of earning capacity, medical expenses, past and future pain and suffering, loss of enjoyment of life and permanent impairment, in an amount in excess of $100,000, the exact amount to be established at trial.

## SECOND CAUSE OF ACTION
(Negligence – Bethel Family Clinic)

14. Plaintiff reallege and incorporate herein the allegations in paragraphs 1 through 13 above as though fully set forth herein.

15. Bethel Family Clinic, by and through its employees, has a duty to take all necessary and reasonable steps to ensure that its patients, including Robert Ward, receive appropriate and proper medical care. This duty includes the responsibility to take all reasonable and necessary steps to ensure that proper diagnosis and treatment procedures take place.

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

16. Bethel Family Clinic's employees should have known that gout was strongly indicated by the symptoms that Robert Ward complained of.

17. Bethel Family Clinic, by and through its employees, breached its duty of care to Robert Ward by failing to diagnose and treat Robert Ward for his symptoms of gout resulted in the permanent damage to Robert Ward's joints, including the left index finger of his dominant hand.

18. As a result of Bethel Family Medicine's negligence, Robert Ward has and will suffer damages including economic loss, past and future pain and suffering, loss of enjoyment of life, and permanent impairment, in an amount in excess of $100,000, the exact amount to be established at trial.

## THIRD CAUSE OF ACTION
### (Vicarious Liability – Bethel Family Clinic)

19. Plaintiffs reallege and incorporate the allegations contained in paragraphs 1 through 18 as though fully set forth herein.

20. Defendants, the medical providers at Bethel Family Clinic who evaluated and treated Robert Ward from February 2006 until February 2009, were acting within the course and scope of their employment.

21. Bethel Family Clinic is vicariously liable for the negligence of its employees, who were acting within the course and scope of their employment.

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

WHEREFORE, plaintiff prays for judgment as follows:

1. For judgment in favor of plaintiff and against defendants in an amount in excess of $100,000, the exact amount to be proven at trial.

2. For an award of exemplary damages.

3. For interest, attorneys' fees and costs.

4. For such other and further relief as the court deems just and equitable.

DATE: 4/28/10

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Plaintiff Robert Ward

By: *(signature)*
William H. Ingaldson
ABA No. 8406030

\\imf01\shared\W\5147.001\Pleadings\Complaint.docx

INGALDSON,
MAASSEN &
FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751