IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT WARD,<br><br>        Plaintiff,<br><br>vs.<br><br>BETHEL FAMILY CLINIC, a Non Profit Corporation,<br><br>        Defendants. | ) Case No. 4:10-cv-00027 RRB<br>)<br>)<br>)<br>)<br>)<br>) [~~PROPOSED~~]<br>) **ORDER AMENDING CAPTION TO**<br>) **SUBSTITUTE THE UNITED**<br>) **STATES IN AS DEFENDANT FOR**<br>) **BETHEL FAMILY CLINIC**<br>) |

The United States Attorney has certified that the defendant Bethel Family Clinic is deemed to be a federal employee for purposes of the FTCA, § 2679, by operation of the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n).

IT IS HEREBY ORDERED that the United States is substituted in as defendant for Bethel Family Clinic.

IT IS FURTHER ORDERED that the caption of this action shall be amended to reflect the substitution of the United States of America as a defendant and the removal of the Bethel Family Clinic as a defendant.

Date: October 15, 2010

/s/ RRB
Ralph R. Beistline
United States District Court Judge